IN THE UNITED STATES DISTRICT COURT for
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAUSIWA ARSHAD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:13-cv-513-MHT |
| | )  (WO) |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court finds that the recommendation should be adopted. Accordingly, it is ORDERED that (1) the recommendation of the magistrate judge (Doc. # 18) is adopted; (2) this case is dismissed under the doctrine of *res judicata*; and (3) the motion to dismiss (Doc. # 9) and the motion for relief from judgment/order and motion for order (Doc. # 17) are denied.

A separate judgment shall issue.

DONE, this 18th day of March, 2014.

                                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE