IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAUSIWA ARSHAD,              ) | |
| )  | |
| Plaintiff,                   ) | |
| )  | |
| v.                           ) | CASE NO. 2:13-cv-513-MHT |
| )  | (WO) |
| STATE OF ALABAMA, *et al.*,  ) | |
| )  | |
| Defendants.                  ) | |

# JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that judgment is entered against plaintiff and in favor of defendants.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 18th day of March, 2014.

       /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE